UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES CERKLESKI, | |
| Plaintiff, | |
| v. | Case No. 25-cv-299-JPG |
| JOHN WALL and HINTON WALL FAMILY HOLDING COMPANY, LLC, | |
| Defendants. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff James Cerkleski's motion for entry of default judgment (Doc. 23). Cerkleski filed this lawsuit on March 4, 2025, and filed an Amended Complaint ten days later (Doc. 6). Cerkleski alleges that defendants John Wall and Hinton Wall Family Holding Company, LLC breached a loan contract to repay a secured promissory note (Count I), have been unjustly enriched (Count II), have failed to pay an account stated (Count III), and have violated the Illinois Consumer Fraud and Deceptive Business Practices Act (Count IV) and committed common law fraud (Count V) by misrepresenting their ownership in property pledged as collateral for the loan contract.

Defendant Wall was served on April 8, 2025 (Doc. 10), and failed to answer or otherwise respond in the prescribed time period. The Clerk of Court entered default against Wall pursuant to Federal Rule of Civil Procedure 55(a) on June 4, 2025 (Doc. 13).

The registered agent of defendant Hinton Wall Family Holding Company was served on June 9, 2025 (Doc. 18), and Hinton Wall Family Holding Company failed to answer or otherwise respond in the prescribed time period. The Clerk of Court entered default against Hinton Wall Family Holding Company pursuant to Federal Rule of Civil Procedure 55(a) on July 7, 2025

(Doc. 22).

The facts in the Amended Complaint that are admitted by the defendants' defaults establish a breach of contract as alleged in Count I.  Those facts and Cerkleski's declaration in support of his motion for default judgment show Cerkleski is entitled to a sum certain, or a sum that can be made certain by computation, from Hinton Wall Family Holding Company, as the borrower on the note, and Wall, as guarantor of the note.  Accordingly, Cerkleski is entitled to a default judgment pursuant to Federal Rule of Civil Procedure 55(b).  The Court therefore **GRANTS** the motion for default judgment (Doc. 23) and **DIRECTS** the Clerk of Court to enter judgment in favor of Cerkleski and against Wall and Hinton Wall Family Holding Company, LLC in the amount of $436,567.98 (plus additional 12% accrued interest in the amount of $122.49 per day after July 9, 2025), and costs of $405.00.

The Court further exercises its discretion to award reasonable attorney's fees under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/10a(c), as the factual allegations in the Amended Complaint establish the necessary elements of a claim under that statute.  The judgment shall include an award of reasonable attorney's fees.

**IT IS SO ORDERED.**
**DATED:  July 11, 2025**

                                                       s/ J. Phil Gilbert
                                                       **J. PHIL GILBERT**
                                                       **DISTRICT JUDGE**