UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES CERKLESKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WALL and HINTON WALL FAMILY HOLDING COMPANY, LLC,<br><br>　　　　Defendants. | Case No. 25-cv-299-JPG |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff James Cerkleski and against defendants John Wall and Hinton Wall Family Holding Company, LLC in the amount of $436,567.98 (plus additional 12% accrued interest in the amount of $122.49 per day after July 9, 2025), costs of $405.00, and reasonable attorney's fees.

**MONICA A. STUMP, Clerk of Court**

**Date:  July 11, 2025**　　　　　　s/Tina Gray, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**